UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL **JS-6**

| | | | |
|---|---|---|---|
| Case No. | **ED CV 24-1982-AH(SPx)** | Date | APRIL 3, 2025 |
| Title | Cameron Harrell v. MWOC Market et al | | |

Present: The Honorable ANNE HWANG, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| YOLANDA SKIPPER | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings: ___In Court __X__ In Chambers __X__ Counsel Notified**

The case is ordered closed pursuant to the Notice of dismissal filed on March 31, 2025 [21]. All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

IT IS SO ORDERED.
cc: all parties